UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Cynthia Robinson aka Taylor, individually and on behalf of all others similarly situated;
    Plaintiff,

    v.                                              CASE NO.: 1:21-cv-906

Financial Business and Consumer Solutions, Inc. and
John Does 1-25
    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 7th day of December, 2021

                                                                /s/Aryeh E. Stein
                                                                 Aryeh E. Stein, VSB 45895
                                                                  **Meridian Law, LLC**
                                                                  1212 Reisterstown Road
                                                                Baltimore, MD 21208
                                                               Phone: 443-326-6011
                                                                Facsimile: 443-782-1399
                                                                astein@meridianlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 7, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aryeh E. Stein*
Aryeh E. Stein