UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Cynthia Robinson aka Taylor, individually and on behalf of all others similarly situated;
    Plaintiff,

v.

CASE NO.: 1:21-cv-906

Financial Business and Consumer Solutions, Inc. and

John Does 1-25
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and the Defendant in the above captioned action, that any and all claims in this action are dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 16, 2022

| For Plaintiff Cynthia Robinson | For Defendant Financial Business and Consumer Solutions, Inc. |
|---|---|
| /s/ Aryeh E. Stein<br>Aryeh E. Stein, #45895<br>Meridian Law LLC<br>1212 Reisterstown Road<br>Baltimore, MD 21208<br>443-326-6011<br>astein@meridianlawfirm.com | /s/ Bradley Todd Canter<br>Bradley Todd Canter<br>The Law Offices of Ronald S. Canter, LLC<br>200a Monroe St. Suite 104<br>Rockville, MD 20850<br>301-424-7490<br>bcanter@roncanterllc.com |
|  |  |

So ordered 2/25/22

_____/s/_____
Patricia Tolliver Giles
United States District Judge

1